# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 16-1075**            September Term, 2017

FERC-ER16-696-000
FERC-ER16-696-003
FERC-EL15-68-002
FERC-ER14-2464-002
FERC-EL15-36-001
FERC-EL15-36-002
FERC-EL15-36-000
FERC-EL15-68-000
FERC-EL15-68-001

Filed On: September 8, 2017 [1692026]

Ameren Services Company, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

American Wind Energy Association, et al.,
    Intervenors

------------------------------

Consolidated with 16-1304, 16-1373

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for September 22, 2017, at 9:30 A.M. in Courtroom 20 on the sixth floor:

    Petitioners   -   15 Minutes

    Respondent   -   15 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Rogers and Tatel, and Senior Circuit Judge Silberman.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 15, 2017.

**Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:   /s/
         Michael C. McGrail
         Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)