# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 16-1075**                    **September Term, 2017**

**FERC-EL15-36-001**
**FERC-EL15-68-000**

**Filed On: September 22, 2017** [1694030]

Ameren Services Company, et al.,

       Petitioners

   v.

Federal Energy Regulatory Commission,

       Respondent

-----------------------------

American Wind Energy Association, et al.,
            Intervenors
-----------------------------

Consolidated with 16-1304, 16-1373

      **BEFORE:**    Circuit Judges Rogers and Tatel, and Senior Circuit Judge Silberman

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on September 22, 2017 at 11:02 am. The cause was heard as case No. 3 of 3 and argued before the Court by:


   Christopher R. Jones, counsel for Petitioners.

   Holly E. Cafer, counsel for Respondent.


              **FOR THE COURT:**
              Mark J. Langer, Clerk

      BY:   /s/
              Joseph A. D'Agostino
              Deputy Clerk